CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 16 2017

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Action No. 3:14-cr-00025 |
| | ) | (Civil Action No. 3:16-cv-80968) |
| | ) | (Civil Action No. 3:16-cv-81220) |
| v. | ) | |
| | ) | **FINAL ORDER** |
| | ) | |
| RICHARD J. KOONCE III, | ) | |
| | ) | By: Hon. Glen E. Conrad |
| Defendant. | ) | Chief United States District Judge |

In accordance with the accompanying Memorandum Opinion, it is hereby **ORDERED**:

1. That the government's motion to dismiss (ECF No. 332) is **GRANTED**;

2. Koonce's motion pursuant to 28 U.S.C. § 2255, Civil Action No. 3:16-cv-80968, (ECF No. 311) is **DISMISSED**;

3. This action shall be **STRICKEN** from the active docket of this court;

4. Finding that Koonce has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**;

5. Koonce's motions to appoint counsel (ECF No. 352, 360) are **DENIED** as moot; and

6. Koonce's second motion pursuant to 28 U.S.C. § 2255, Civil Action No. 3:16-cv-81220, (ECF No. 354) is **DISMISSED** without prejudice as successive; a certificate of appealability is **DENIED**; and the action shall be **STRICKEN** from the active docket of this court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to the parties.

ENTER: This 16th day of March, 2017.

Chief United States District Judge